

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-14-00059-CV

River Oaks L-M. Inc. d/b/a West Point Lincoln Mercury, Appellant

v.

Veronica Vinton-Duarte, Appellee

Appealed from the 269th District Court of Harris County. (Tr. Ct. No. 2010-54452). Opinion delivered by Justice McCally. Justices Frost and Boyce also participating.

**TO THE 269TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on May 28, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Veronica Vinton-Duarte, signed November 25, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below as follows:

The amount awarded to plaintiff, Veronica Vinton-Duarte against West Point is reduced from $739,623.88 to $625,197.87. Veronica Vinton-Duarte is awarded actual damages from West Point in the amount of $625,197.87. This amount consists of $560,814.00 of compensatory damages as awarded by the jury on the sexual harassment and retaliation claims, and prejudgment interest of $64,383.87 calculated from August 30, 2010 until November 24, 2013. The compensatory damages reflect a reduction of $3,186.00, the amount awarded to West Point by the jury on its counterclaims, and a reduction of $125,000.00 due to the statutory damages cap provided by the Texas Labor Code.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, August 13, 2015.

CHRISTOPHER A. PRINE, CLERK

2